Schedule – Post Petition Debts Rule 1019

Karen Lavery     15-34131

| | |
|---|---|
| Advanced Radiology Consultants<br>c/o Illinois Collection Service, Inc.<br>PO Box 1010<br>Tinley Park, IL 60477-9110 | $85.00 |
| Integrated Imaging Consultant, LLC<br>44000 Garfield Road<br>Clinton Township MI 48038-0000 | $85.00 |
| ACL Laboratories<br>PO Box 27901<br>West Allis WI 53227-0000 | $44.00 |
| Advocate Medical Group<br>PO Box 92710<br>Chicago, IL 60675 | $475.00 |
| Ambetter Insured by Celtic<br>PO Box 25408<br>Little Rock AR 72221-0000 | $473.00 |